Rey Tomas **COLMENARES**
**M.; et al., Petitioners,**

v.

**Michael B. MUKASEY, Attorney**
**General, Respondent.**

No. 07–74769.

United States Court of Appeals,
Ninth Circuit.

Submitted July 14, 2008.*

Filed July 22, 2008.

Rey Tomas Colmenares M., Escondido,
CA, pro se.

CAC–District Counsel, Esq., Office of
the District Counsel Department of Home-
land Security, Los Angeles, CA, Ronald E.
Lefevre, Chief Counsel, Office of the Dis-
trict Counsel Department of Homeland
Security, San Francisco, CA, DOJ–U.S.
Department of Justice Civil Div./Office of
Immigration Lit., Washington, DC, for Re-
spondent.

Before: SCHROEDER, LEAVY and
IKUTA, Circuit Judges.

MEMORANDUM **

This is a petition for review of the Board
of Immigration Appeals' ("BIA") order de-
nying petitioners' motion to reconsider an
order denying cancellation of removal.

Respondent's motion for summary dis-
position is granted because the questions
raised by this petition for review are so
insubstantial as not to require further ar-
gument. *See United States v. Hooton*, 693
F.2d 857, 858 (9th Cir.1982) (per curiam)
(stating standard). We review denials of
motions to reconsider and reopen for
abuse of discretion. *Lara–Torres v. Ash-
croft*, 383 F.3d 968, 972 (9th Cir.2004),
*amended by* 404 F.3d 1105 (9th Cir.2005).
Here, a review of the record shows that
the BIA did not abuse its discretion when
it concluded that the motion to reopen
failed to set forth specific errors of law or
fact in the BIA's prior order. *See* 8
C.F.R. § 1003.2(b). Accordingly, this peti-
tion for review is denied.

All other pending motions are denied as
moot. The temporary stay of removal
shall continue in effect until issuance of the
mandate.

**PETITION FOR REVIEW DENIED.**

---

* The panel unanimously finds this case suitable
for decision without oral argument. *See* Fed.
R.App. P. 34(a)(2).

** This disposition is not appropriate for publi-
cation and is not precedent except as provid-
ed by 9th Cir. R. 36–3.